UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA HIGNELL ET AL.<br>Plaintiffs<br><br>V.<br><br>CITY OF NEW ORLEANS,<br>Defendant | CIVIL ACTION<br><br>NO:   19-cv-13773<br><br>SECTION "B" (1) |

## MOTION AND INCORPORATED MEMORANDUM
## FOR LEAVE TO FILE AMICUS BRIEF

NOW INTO COURT come the Faubourg Marigny Improvement Association ("FMIA"), a Louisiana nonprofit corporation domiciled in the Parish of Orleans, and the Vieux Carre Property Owners, Residents and Associates ("VCPORA"), a Louisiana nonprofit corporation domiciled in the Parish of Orleans.

1.

VCPORA is a nonprofit, membership corporation whose mission statement is:

To preserve the Vieux Carré as a national treasure, to maintain its quaint and distinctive character and to achieve in that historic, living neighborhood a quality of life which can be enjoyed by residents, fellow citizens, businesses and visitors.

FMIA is a nonprofit, membership corporation. Article II, Section B of its Articles of Incorporation state that the objects and purposes of the organization are:

**To protect, maintain and support the Faubourg Marigny in the City of New Orleans**, and particularly that portion of it lying between the Missisippi River and N. Rampart/McShane Pl/St. Claude Avenue and between Esplanade and Press Street, including all buildings , improvements and properties adjoining said avenues and situated in the areas immediately adjacent to same; **to promote the physical, cultural, architectural  and historical values of said section, and to**

> secure adequate enforcement of all laws of the City of New Orleans and the State of Louisiana affecting or pertaining to it.

Emphasis supplied.

2.

VCPORA and FMIA move for leave to file the accompanying brief as *amicus curiae* in support of the defendant City of New Orleans in opposition to the plaintiffs' pending motion for a temporary restraining order and preliminary injunction. In support of this Motion for Leave, Movers show that their organizations, and the members of their respective organizations, have a substantial, legitimate interest that will likely be affected by the outcome of this case and the plaintiffs' pending motion for a temporary restraining order and preliminary injunction, and Movers believe that their interests will not be fully protected by those already party to this case.

**WHEREFORE,** the Vieux Carre Property Owners, Residents and Associates and the Faubourg Marigny Improvement Association request leave to file the accompanying brief as amicus curiae in support of the Opposition of the defendant City of New Orleans to the plaintiffs' motion for a temporary restraining order and preliminary injunction.

Respectfully submitted,

*/s/ Galen S. Brown*
GALEN S. BROWN
SULLIVAN STOLIER SCHULZE, LLC
909 Poydras Street, Suite 2600
New Orleans, LA  70112-4000
Telephone:  (504) 561-1044
Facsimile:  (504) 561-8606
Email:  gbrown@sullivanstolier.com
**Counsel for the Vieux Carre Property Owners, Residents and Associates and the Faubourg Marigny Improvement Association**

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon the counsel of record for all parties on the 19th day of December, 2019, by electronic notice in accordance with Local Rules to those counsel, and additionally by emailing a copy of same to Assistant City Attorney Daniel T. Smith at his personal email address, danieltsmith@gmail.com, due to the current cyberattack which has made access to the City's email addresses impossible.



/s/ Galen S. Brown
GALEN S. BROWN