UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAMANTHA HIGNELL-STARK, | / | |
| WHITE SPIDER RENTAL | / | CIVIL ACTION NO. 19-cv-13773 |
| CONCIERGE, LLC., | / | |
| GARETT MAJOUE, | / | SECTION B (1) |
| RUSSELL FRANK, | / | |
| SAMANTHA and BOB MCRANEY, | / | JUDGE:  Ivan L. R. Lemelle |
| and JIMMIE TAYLOR | / | |
| Plaintiffs | / | MAG:  Janis Van Meerveld |
| | / | |
| versus | / | |
| | / | |
| The CITY OF NEW ORLEANS | / | |
| Defendant | / | |
| | / | |

**************************************

**MEMORANDUM IN OPPOSITION TO *PRO SE* MOTION FOR ENTRY OF DECLARATORY JUDGMENT AND PERMANENT INJUNCTION**

NOW INTO COURT, through undersigned counsel, comes Defendant the City of New Orleans (the "City"), who respectfully files this Memorandum in Opposition to *Pro Se* Motion for Entry of Declaratory Judgment and Permanent Injunction (Doc. 101), which should be denied because this Honorable Court currently lacks jurisdiction over this case.

I.

On Monday, August 22, 2022, the United States Court of Appeals for the Fifth Circuit issued a judgment and opinion in this case on appeal and cross-appeal,[1] authored by the Hon. Judge Jerry Smith.  Plaintiffs included the Fifth Circuit's judgment and opinion with the *Pro Se* Motion for Entry of Declaratory Judgment and Permanent Injunction (Doc. 101-3; Doc. 101-4).[2]

---

[1]  *See Hignell-Stark, et al. v. City of New Orleans*, No. 21-30643 (5th Cir. 8/22/2022) (Smith, J.).

[2]  The City is unsure the basis for Plaintiffs filing their motion *pro se*, as it was filed and electronically signed by their counsel of record.

II.

The district court does not regain jurisdiction over a case until a mandate from the appellate court with the judgment and opinion (if any) becomes effective.³ Per Fed. R. App. Proc. 41(c), "The mandate is effective when issued." *See also* Fed. R. App. P. 41(c), 1998 Adv. Comm. Note ("A court of appeals' judgment or order is not final until issuance of the mandate[.]").

III.

Under Fed. R. App. Proc. 41(b), a federal appellate court's mandate returning jurisdiction to the federal district court after rendering a judgment "must issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later."⁴

IV.

Under Fed. R. App. Proc. 40(a)(1), "a petition for panel rehearing may be filed within 14 days after entry of judgment."

V.

In this matter, the Fifth Circuit issued its opinion on Monday, August 22, 2022, and no petition for rehearing or motion for stay of mandate has been denied by the appellate court. The parties have fourteen (14) days from the issuance of the opinion, or until Monday, September 5, 2022, to file a petition for panel rehearing with the federal appellate court. Currently, the earliest the mandate can issue is September 13, 2022. Until that time, this Honorable Court does not have jurisdiction over the matter.

---

³ *See BHTT Ent., Inc. v. Brickhouse Cafe & Lounge, L.L.C.*, 858 F.3d 310, 312–13 (5th Cir. 2017) (Smith, J.) ("The list of cases in which this court states unequivocally that the district court re-assumes jurisdiction once the mandate issues is long." (citing *Arenson v. S. Univ. Law Ctr.*, 963 F.2d 88, 90 (5th Cir. 1992))).

⁴ No order shortening or extending the time to issue the mandate has been ordered by the Fifth Circuit.

2

VI.

For the foregoing reasons, the City respectfully requests this Court to deny Plaintiffs' *Pro Se* Motion for Entry of Declaratory Judgment and Permanent Injunction because this Honorable Court currently lacks jurisdiction over this matter.

Respectfully submitted,

/s/ *Daniel T. Smith*
**DANIEL T. SMITH, LSB #36678**
ASSISTANT CITY ATTORNEY
**SHAWN LINDSAY, LSB #28466**
DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO ST., STE. 5E-03
NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868
EMAIL:  dtsmith@nola.gov
*Counsel for the City of New Orleans*