UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA HIGNELL-STARK  WHITE SPIDER RENTAL CONCIERGE, LLC., GARETT MAJOUE, RUSSELL FRANK, SAMANTHA and BOB MCRANEY, and JIMMIE TAYLOR  Plaintiffs | CIVIL ACTION NO. 19-cv-13773  SEC. B (1)  JUDGE: Ivan L.R. Lemelle  MAG.: Janis Van Meerveld |

versus

The CITY OF NEW ORLEANS
                   Defendant

_____

REPLY IN SUPPORT OF MOTION
FOR DECLARATORY JUDGMENT AND PERMANENT INJUNCTION

1.   Plaintiffs have filed a corrected motion titled *Ex Parte*, as it should have been.

2.   Fed. R. App. Proc. 41(a) provides: "Unless the court directs that a formal mandate issue, the mandate consists of a certified copy of the judgment, a copy of the court's opinion, if any, and any direction about costs." The 5th Circuit's Opinion and Judment are attached to Plaintiff's motion. They do not direct that a formal mandate issue, and the Judgment contains the Court's direction about costs. Therefore, these comprise the mandate.

Considering the foregoing, Plaintiffs respectfully suggest that their Motion be granted.

Respectfully submitted,

/s/ Dawn Adams Wheelahan
Dawn Adams Wheelahan
Trial Counsel
La. Bar No. 19263

1819 Joseph Street  
New Orleans, Louisiana 70115  
Telephone: 512-689-1153  
Email: dwheelahan@gmail.com
