**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MELISSA HIGNELL-STARK** | **CIVIL ACTION NO. 19-cv-13773** |
| **WHITE SPIDER RENTAL** | |
| **CONCIERGE, LLC.,** | **SEC. B (1)** |
| **GARETT MAJOUE,** | |
| **RUSSELL FRANK,** | **JUDGE: Ivan L.R. Lemelle** |
| **SAMANTHA and BOB MCRANEY,** | |
| **and JIMMIE TAYLOR** | **MAG.: Janis Van Meerveld** |
| Plaintiffs | |
| | |
| **versus** | |
| | |
| **The CITY OF NEW ORLEANS** | |
| Defendant | |

_____

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file their Reply in

support of their Motion for Declaratory Judgment and Permanent Injunctive Relief.

New Orleans, Louisiana, this _____ day of August, 2022.


_____
**IVAN L. R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**