MINUTE ENTRY
LEMELLE, J.
DECEMBER 5, 2022
JS10: 01:28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA HIGNELL ET AL | CIVIL ACTION |
| VERSUS | NO. 19-13773 |
| CITY OF NEW ORLEANS | SECTION: B (1) |

## ORAL ARGUMENT

Courtroom Deputy:  Dena White
Court Reporter:    Toni Tusa

APPEARANCES:   Dawn Wheelahan, Counsel for Plaintiffs
               Daniel Smith, Counsel for Defendants

**Motion for Entry of Declaratory Judgment on Plaintiffs' Commerce Clause Claim (111)**

Case called at 9:05 a.m.
All present and ready.
Court discussed status of case.
Argument by counsel for the parties.
March 31, 2023, deadline for City Council to implement a final resolution.
Statement by Ashley Becnel, Chief Zoning Official, City of New Orleans.
ORDERED that the parties provide a joint status report to the Court at the end of December 2022, January 2023 and February 2023.
See Order.
Court adjourned at 10:33 a.m.