UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELISSA HIGNELL, ET AL.**                                        **CIVIL ACTION**

**VERSUS**                                                                          **NO. 19-13773**

**CITY OF NEW ORLEANS**                                      **SECTION: "B"(1)**

### ORDER

A hearing was held today with counsel for plaintiffs, Dawn Wheelahan, and counsel for defendant, Daniel Smith, to discuss the pendency of the matter following the Fifth Circuit Court of Appeal's ruling in *Hignell-Stark v. City of New Orleans*, 46 F.4th 317 (5th Cir. 2022), and this Court's previous orders (Rec. Docs. 109, 129). Considering today's oral argument and evidentiary hearing with all parties' counsel, the Fifth Circuit's mandate, this Court's previous orders, and upon request of counsel,

**IT IS ORDERED** that defendant the City of New Orleans is given an extension until **Friday, March 31, 2023** to implement a Short-Term Rental (STR) ordinance or policy that complies with the Fifth Circuit's decision in *Hignell-Stark*, 46 F.4th at 328-29 as well as today's observations in open court.

**IT IS FURTHER ORDERED** that parties are directed to submit a **JOINT monthly status report, signed by counsel for both parties.** Each status report shall describe in detail the parties' efforts and progress in implementing an ordinance or policy before the

1

March 31, 2023 deadline, while balancing the Fifth Circuit and this Court's proposals in a good faith effort to achieve a final resolution. Each status report shall describe, in detail, the following non-exhaustive matters:

(1) Parties' efforts and progress[1] in implementing a final STR ordinance or policy that comports both with this Court and the Fifth Circuit's directive for consideration of viable alternatives to the residency requirement;

(2) Legal and factual authority regarding the possibility of a temporary permit for the party plaintiffs who were denied a STR permit prior to the Fifth Circuit's decision;

(3) Parties' position(s), efforts, and progress regarding provisions to address the First Amendment issues concerning discretion; and

(4) If needed, the **third and final** status report shall propose a FRCP Rule 16 scheduling order on matters that parties were in good faith unable to amicably resolve.

**IT IS FURTHER ORDERED** that each report shall be submitted to the undersigned **no later than the following dates**:

---

[1] The City shall include the identity/identities of representative parties with ultimate authority to make recommendations on behalf of the City defendant.

- **Status Report 1: <u>Friday, December 30, 2022</u>**

- **Status Report 2: <u>Tuesday, January 31, 2023</u>**

- **Status Report 3: <u>Tuesday, February 28, 2023</u>**

New Orleans, Louisiana this 5th day of December, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE