UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA HIGNELL-STARK WHITE SPIDER RENTAL CONCIERGE, LLC., RUSSELL FRANK, SAMANTHA and BOB MCRANEY, and JIMMIE TAYLOR** | **CIVIL ACTION NO. 19-cv-13773** |
| Plaintiffs | **JUDGE: IVAN L. R. LEMELLE** |
| versus | **MAG.: Janis Van Meerveld** |
| The CITY OF NEW ORLEANS | |
| Defendant | |

**Consolidated with/**

| | |
|---|---|
| **KURT KLEBE** | **CIVIL ACTION NO. 22-2991** |
| Plaintiff**s** | **SEC. B** |
| versus | |
| | **JUDGE: IVAN L. R. LEMELLE** |
| **The CITY OF NEW ORLEANS** | |
| Defendant | **MAGISTRATE: Janice Van Meerveld** |

**PROPOSED ORDER**

Considering Plaintiffs' and Defendant's Joint Motion for Entry of Consent Order,

**IT IS HEREBY ORDERED** that the attached Joint Motion for Entry of Consent Order is **GRANTED,** and further that the parties' **Consent Order with its attached Exhibit A** is entered as the order of this Court.

New Orleans, Louisiana this \_\_\_\_ day of _____, 202\_.

_____
**IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE**