UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SAMANTHA HIGNELL-STARK, ET AL.**          **CIVIL ACTION**

**VERSUS**                                   **NO. 19-13773**

**CITY OF NEW ORLEANS**                      **SECTION: "B"(1)**

<u>**ORDER**</u>

Considering plaintiffs' and defendant's joint motion for entry of consent order (Rec. Doc. 142), and with the Court's express appreciation to all concerned for current and future services in this matter,

**IT IS ORDERED** that the joint motion for entry of consent order is **GRANTED** to memorialize the issues the parties have agreed upon in the attached Consent Order while continuing to foster resolution of this action pursuant to Federal Rule of Civil Procedure 1 and this Court's previous directive. Rec. Doc. 142 at 2; *see also* Rec. Doc. 135. The parties' consent order and attached exhibit A (Rec. Doc. 142-2) is hereby **ADMITTED** into the record and **ADOPTED and ENTERED** as the order of this Court.

New Orleans, Louisiana this 9th day of January, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE