UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA HIGNELL-STARK WHITE SPIDER RENTAL CONCIERGE, LLC., RUSSELL FRANK, SAMANTHA and BOB MCRANEY, and JIMMIE TAYLOR** | **CIVIL ACTION NO. 19-cv-13773** |
| | **JUDGE: IVAN L. R. LEMELLE** |
| Plaintiffs | **MAGISTRATE: Janice Van Meerveld** |
| **VERSUS** | |
| **THE CITY OF NEW ORLEANS** Defendant | |

**Consolidated with/**

| | |
|---|---|
| **KURT KLEBE** | **CIVIL ACTION NO. 22-2991 SEC. B** |
| Plaintiff**s** | |
| **VERSUS** | |
| | **JUDGE: IVAN L. R. LEMELLE** |
| **The CITY OF NEW ORLEANS** Defendant | **MAGISTRATE: Janice Van Meerveld** |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE
PENDING MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF
(Rec. Doc. 111)**

On May 3, 2023, this Honorable Court held a status conference with counsel for the City, Mark Daniel Macnamara, and counsel for Plaintiffs, Dawn Adams Wheelahan, participating. The Court entered a Scheduling Order (Rec. Doc. 157); the parties have jointly moved for a brief extension of the deadlines in that Order. (Rec. Doc. 166).

At the Scheduling Conference, the Court asked about Plaintiffs' pending motion for declaratory and injunctive relief (Rec. Doc. 111), in view of the short term rental ordinances

newly-enacted by the City, which are presently the subject of this litigation.[1] Plaintiffs' responded, that they wished to withdraw their motion without prejudice, because the City's newly-enacted STR ordinances did not take effect until July 1, 2023. The Court inquired about enforcement of the newly-enacted ordinances, and the City's counsel advised that the City would agree to delay enforcement of its newly-enacted STR ordinances if the matter remained undecided at the time those ordinances are set to take effect, on July 1, 2023.

The parties therefore jointly move to withdraw, without prejudice, Plaintiffs' pending Motion for Declaratory and Injunctive Relief (Rec. Doc. 111).

Respectfully submitted,

| | |
|---|---|
| s/ *Mark D. Macnamara* | /s/ *Dawn Adams Wheelahan* |
| **MARK DANIEL MACNAMARA #24532** | **DAWN ADAMS WHEELAHAN** |
| Email: dmacnamara@nola.gov | Trial Counsel |
| **CORWIN ST. RAYMOND, LSBA #31330** | La. Bar #19263 |
| CHIEF DEPUTY CITY ATTORNEY | 1819 Joseph Street |
| **DONESIA D. TURNER, LSBA #23338** | New Orleans, Louisiana 70115 |
| CITY ATTORNEY | Telephone: 512-689-1153 |
| 1300 PERDIDO STREET - ROOM 5E-03 | Email: dwheelahan@gmail.com |
| NEW ORLEANS, LOUISIANA 70112 | *Plaintiffs' Counsel* |
| TELEPHONE: (504) 658-9800 | |
| FACSIMILE: (504) 658-9868 | |

*Counsel for City of New Orleans*

---

[1] These ordinances can be found at Rec. Docs. 155-2 and 155-3.