UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SAMANTHA HIGNELL-STARK, ET AL.**          **CIVIL ACTION**

**VERSUS**                                  **NO. 19-13773**

**CITY OF NEW ORLEANS**                     **SECTION "B"(1)**

**RELATED TO: 22-2991**

<u>ORDER</u>

Considering parties' joint motion for extension of time to file dispositive motions (Rec. Doc. 166) and parties' joint motion to dismiss without prejudice pending motion for injunctive and declaratory relief (Rec. Doc. 167),

**IT IS ORDERED** that the motion for extension of time to file dispositive motions (Rec. Doc 166) is **GRANTED.** Counsel for plaintiffs and defendant shall file any case-dispositive motions <u>**no later than Friday, July 14, 2023 at 5:00 P.M.**</u>; Responses shall be filed <u>**no later than Friday, July 28, 2023 at 5:00 P.M.**</u>; and Replies, if any, shall be filed <u>**no later than Friday, August 4, 2023 at 5:00 P.M.**</u> All other deadlines shall remain consistent with the Court's previous Order. *See* Rec. Doc. 157.

**IT IS FURTHER ORDERED** that the joint motion to dismiss without prejudice the pending motion for injunctive and declaratory relief (Rec. Doc. 167) is **GRANTED.** The motion clarifies that arguments contained in the pending motion for declaratory judgment (Rec. Doc. 111) are moot in view of the legislative action by the New

1

Orleans City Council, this updated scheduling order, and anticipated motions for summary judgment. **Accordingly, the pending motion for declaratory judgment (Rec. Doc. 111) is hereby DISMISSED AS MOOT, WITHOUT PREJUDICE.** Appropriate and relevant arguments may be stated in the anticipated cross-motions for summary judgment.

New Orleans, Louisiana this 14th day of June, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE