## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SAMANTHA HIGNELL-STARK**                    **CIVIL ACTION NO. 19-cv-13773**
**WHITE SPIDER RENTAL**
**CONCIERGE, LLC.,**
**RUSSELL FRANK,**
**SAMANTHA and BOB MCRANEY,**               **JUDGE: IVAN L. R. LEMELLE**
**and JIMMIE TAYLOR**
                    Plaintiffs            **MAG.: Janis Van Meerveld**
              **versus**
**The CITY OF NEW ORLEANS**
                    Defendant

**Consolidated with/**

**KURT KLEBE and**
**ZACHARY BENNETT**                            **CIVIL ACTION NO. 22-2991**
                    Plaintiffs              **SEC. B**
**versus**
                                          **JUDGE: IVAN L. R. LEMELLE**
**The CITY OF NEW ORLEANS**
                    Defendant            **MAGISTRATE: Janice Van Meerveld**

_____

### STATEMENT OF UNCONTESTED MATERIAL FACTS

1.   City of New Orleans (City) Ordinances 29381 M.C.S. and 29382 M.C.S. prohibit
     advertising a short term rental (STR) without obtaining a STR permit from the City.

2.   City Ordinances 29381 M.C.S. and 29382 M.C.S. prohibit corporate entities,
     usufructuaries, and trusts from owning and operating STRs.

3.   City Ordinances 29381 M.C.S. and 29382 M.C.S. require an owner to have one million
     dollars of comprehensive general liability insurance in order to obtain a STR permit.

4.   City Ordinances 29381 M.C.S. and 29382 M.C.S. require disclosure of personal tax
     documents in order to renew a STR permit.

5.   City Ordinance 29382 allows the City Council to grant exceptions to the ordinance's one
     STR or B&B per block limit.

6.    The City Coucil is not required to follow the recommendations of the City Planning Commission.

7.    The City's STR lottery does not allow a participant to enter the lottery if there is a B&B previously operating in the city block in which the resident wishes to obtain the permit.

8.    The City of New Orleans fined Summit NOLA III $15,000 for STR violations.

/s/ Dawn Adams Wheelahan
Dawn Adams Wheelahan
Trial Counsel (La. Bar No. 19263)
1819 Joseph Street
New Orleans, Louisiana 70115
Telephone: 512-689-1153
Email: dwheelahan@gmail.com