## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MELISSA HIGNELL, ET AL.**                CIVIL ACTION

**VERSUS**                                  NO. 19-13773

**CITY OF NEW ORLEANS**                     SECTION: "B"(1)

## ORDER

Considering plaintiffs' motion for temporary restraining order (Rec. Doc. 188), defendant's opposition (Rec. Doc. 192), and plaintiffs' reply in support of their motion for temporary restraining order (Rec. Doc. 198), and for orally assigned reasons given during today's hearing and conference with all parties,

**IT IS HEREBY ORDERED** that except for violations of state or local laws not at issue in this action, e.g. criminal misconduct, nuisance laws, etc., defendant, the City of New Orleans, is **HEREBY TEMPORARILY RESTRAINED** from: (1) enforcing the short term rental regulations enacted in Ordinances 29381 M.C.S. and 29382 M.C.S. pending this Court's decision as to the constitutionality of the above referenced ordinances. A separate order is forthcoming setting a hearing date in September on pending cross motions for summary judgment and related motion for injunctive relief.

New Orleans, Louisiana, this 31st day of August, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE