UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA HIGNELL-STARK, ET AL.** | **CIVIL ACTION** |
| versus | NO. 19-13773<br>C/W: 22-2991; 23-5000<br>RELATED TO: ALL CASES |
| **THE CITY OF NEW ORLEANS** | SECTION "B" (1) |

_____

**PROPOSED ORDER**

IT IS HEREBY ORDERED that there is a substantial likelihood that Plaintiff, Tina Marquardt, will (1) prevail on the merits that she has a legal protected right in her Short-Term Rental (STR) permit; (2) prevail on the merits that her Short-Term Rental constitutes a legal nonconforming use; (3) prevail on the merits that her due process rights there is a substantial likelihood that Plaintiff will prevail on the merits that and rights under the Fourteenth Amendment to the U.S. constitution have been violated; and (4) will suffer irreparable harm if injunctive relief is not granted.

Therefore, pursuant to Fed. R. Civ. P. 65, a Preliminary Injunction is GRANTED in Plaintiff's favor.

IT IS FURTHER ORDERED that the City of New Orleans, and its officers, agents, employees, boards, corporations, affiliates, subsidiaries, servants, successors, and all others claiming to act in its behalf and all other persons in active concert, or privity, or participation with the City of New Orleans (hereinafter collectively referred to as "the City"), are hereby enjoined from enforcing (1) City of New Orleans City Code ("City Code") §26-615(c), and Comprehensive Zoning Ordinance ("Zoning Code") §21.8.C.18(a) , relative to "a permit not constituting a right"; (2) City Code §§26-615 (e) and (g), relative to "the Short Term Rental

lottery requirement;" (3) Zoning Code §21.8.C.18(a), relative to "the nonconforming use prohibition;" (3) Zoning Code §21.8.C.18(r), relative to "the special exception process," and (4) Ordinance No. 29,383 M.C.S. (April 6, 2023) which is currently effectuating the recission of all residential and non-commercial short-term rental permits, effective August 31, 2023, against Tina Marquardt; and the City is enjoined from using all of the above-referenced laws to interfere with her use of her property as a legally permitted and legal nonconforming use as a residential and/or non-commercial Short-Term Rental.

      New Orleans, Louisiana, this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE