UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA HIGNELL,** | / | |
| **WHITE SPIDER RENTAL** | / | **CIV. ACTION NO. 19-cv-13773** |
| **CONCIERGE, LLC.,** | / | 22-cv-2991. 23-cv-5000 |
| **GARETT MAJOUE,** | / | **SECTION B (1)** |
| **RUSSELL FRANK,** | / | |
| **SAMANTHA and BOB MCRANEY,** | / | **JUDGE:  Ivan L. R. Lemelle** |
| **and JIMMIE TAYLOR** | / | |
| Plaintiffs | / | **MAG:  Janis Van Meerveld** |
| | / | |
| versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |
| | / | |
| c/w | / | |
| | / | |
| **TINA MARQUARDT** | / | |
| Plaintiff | / | |
| Versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the motion by the City of New Orleans, the Preliminary Hearing in the above captioned matter is continued as to the *Marquardt* Plaintiff. A hearing on the issues raised as to the *Marquardt* Plaintiff will be held on the _____ day of _____, 2023.

_____
The Honorable Ivan L. R. Lemelle
