UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA HIGNELL,** | / | |
| **WHITE SPIDER RENTAL** | / | CIV. ACTION NO. 19-cv-13773 |
| **CONCIERGE, LLC.,** | / | 22-cv-2991. 23-cv-5000 |
| **GARETT MAJOUE,** | / | SECTION B (1) |
| **RUSSELL FRANK,** | / | |
| **SAMANTHA and BOB MCRANEY,** | / | JUDGE: Ivan L. R. Lemelle |
| **and JIMMIE TAYLOR** | / | |
| Plaintiffs | / | MAG: Janis Van Meerveld |
| | / | |
| versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |
| | / | |
| c/w | / | |
| | / | |
| **TINA MARQUARDT** | / | |
| Plaintiff | / | |
| Versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |

## CITY OF NEW ORLEANS' MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes the City of New Orleans ("City"), and respectfully moves this Honorable Court for an expedited hearing under Local Rule 7.2, regarding its Motion to Continue the Preliminary Hearing as to the *Marquardt* Plaintiff in the above captioned matter. While Local Rule 7.2 suggests that at least fifteen (15) days must elapse between the filing of a motion and its hearing date, the City's pending motion requires expedited consideration of the City's motion.

WHEREFORE, for the above reasons, the City prays that this Honorable Court grant its motion and hear the City's Motion on an expedited basis.

Respectfully submitted,

/s/ *Mark D. Macnamara*
**MARK DANIEL MACNAMARA, LSB# 24532**
ASSISTANT CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO ST., STE. 5E-03
NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9802
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*