UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA HIGNELL,** | / | |
| **WHITE SPIDER RENTAL** | / | **CIV. ACTION NO. 19-cv-13773** |
| **CONCIERGE, LLC.,** | / | 22-cv-2991. 23-cv-5000 |
| **GARETT MAJOUE,** | / | **SECTION B (1)** |
| **RUSSELL FRANK,** | / | |
| **SAMANTHA and BOB MCRANEY,** | / | **JUDGE:  Ivan L. R. Lemelle** |
| **and JIMMIE TAYLOR** | / | |
| Plaintiffs | / | **MAG:  Janis Van Meerveld** |
| | / | |
| versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |
| | / | |
| c/w | / | |
| | / | |
| **TINA MARQUARDT** | / | |
| Plaintiff | / | |
| Versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the applicable law and foregoing Motion for Continuance Defendant's Motion

for Expedited Hearing is granted.

New Orleans, Louisiana this _____ day of September 2023.


_____
JUDGE IVAN L.R. LEMELLE