UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA HIGNELL,** | / | |
| **WHITE SPIDER RENTAL** | / | **CIV. ACTION NO. 19-cv-13773** |
| **CONCIERGE, LLC.,** | / | 22-cv-2991. 23-cv-5000 |
| **GARETT MAJOUE,** | / | **SECTION B (1)** |
| **RUSSELL FRANK,** | / | |
| **SAMANTHA and BOB MCRANEY,** | / | **JUDGE:  Ivan L. R. Lemelle** |
| **and JIMMIE TAYLOR** | / | |
| Plaintiffs | / | **MAG:  Janis Van Meerveld** |
| | / | |
| versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |
| | / | |
| c/w | / | |
| | / | |
| **TINA MARQUARDT** | / | |
| Plaintiff | / | |
| Versus | / | |
| | / | |
| **THE CITY OF NEW ORLEANS** | / | |
| Defendant | / | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CITY'S MOTION TO CONTINUE
### PRELIMINARY HEARING AS RESPECT TO CASE NO. 23-CV-5000

NOW INTO COURT, comes the City of New Orleans who respectfully requests that the preliminary injunction as to Plaintiff, Tina Marquardt, currently scheduled for September 14, 2023, be rescheduled for the following reasons:

1. Defendant, the City of New Orleans, was only formally served with the petition subsequent to the denial of Plaintiff's TRO.

2. Undersigned counsel, who is handling the STR litigation for the City, did not receive notice of the denial of the TRO and the setting of the Preliminary Hearing.

3. Undersigned counsel only learned of the Orders when it received the Order Consolidating the *Marquardt* matter with the *Hignell* matter.

4. Upon information and belief, the *Marquardt* matter raises issues that were not before the Court and warrant an opportunity to provide a written response to the Court.

5. The City has contacted counsel for Marquardt who does not oppose the continuance.

WHEREFORFE, the City requests that the Preliminary Hearing as to the *Marquardt* matter be continued until a date acceptable to the Court.

Respectfully submitted,

/s/ *Mark D. Macnamara*
**MARK DANIEL MACNAMARA, LSB# 24532**
ASSISTANT CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO ST., STE. 5E-03
NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9802
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*