UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA HIGNELL-STARK** | **CIVIL ACTION NO. 19-cv-13773** |
| **WHITE SPIDER RENTAL** | |
| **CONCIERGE, LLC.,** | |
| **RUSSELL FRANK,** | |
| **SAMANTHA and BOB MCRANEY,** | **JUDGE: IVAN L. R. LEMELLE** |
| **JIMMIE TAYLOR,** | |
| **KURT KLEBE,** | |
| **GARETT MAJOUE** | |
| **ZACHARY BENNETT and** | |
| **SUMMIT NOLA III, LLC** | |
| Plaintiffs | **MAG.: Janis Van Meerveld** |
| versus | |
| **The CITY OF NEW ORLEANS** | |
| Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' OPPOSITION TO MOTION TO CONTINUE**
(Rec. Doc. 215)

**MAY IT PLEASE THE COURT**

Plaintiffs in the Hignell-Stark matter captioned above **OPPOSE** the City's Motion for a Continuance as unnecessary, and a delaying tactic.

The Marquardt plaintiffs have brought claims alleging that they have a property right in their short term rental (STR) permits, and that their due process rights were violated when the City enacted legislation terminating their permits. Their claim is clearly, unequivocally foreclosed by the Fifth Circuit's decision in this matter, *Hignell-Stark v. City of New Orleans*, 46 F.4th 317, 323-325 (5$_{th}$ Cir. 2022). There, the Fifth Circuit plainly recognized that STR permit holders do not have a property right in their permits.

Undersigned counsel spoke with Marquardt's counsel, Mr. Washington, notifying him of the Fifth Circuit's decision and emailing the case to him. Mr. Washington said that he was

making a due process claim. But he could not explain what due process a permit holder would be entitled to regarding a claim that is clearly foreclosed by binding Fifth Circuit precedent.

Plaintiffs respectfully suggest that the Marquardt request for an injunction be DENIED because the plaintiff cannot show any likelihood of success on the merits.

**Conclusion**

For the reasons set forth hereinabove, Plaintiffs respectfully suggest that the City's Motion for Continuance (Rec. Doc. 215) be **DENIED.**

Respectfully submitted,

/s/ Dawn Adams Wheelahan
Dawn Adams Wheelahan
Trial Counsel
La. Bar No. 19263
1819 Joseph Street
New Orleans, Louisiana 70115
Telephone: 512-689-1153
Email: dwheelahan@gmail.com