MINUTE ENTRY
LEMELLE, J.
SEPTEMBER 27, 2023
JS10: 01:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELISSA HIGNELL ET AL     CIVIL ACTION

VERSUS     NO. 19-13773

CITY OF NEW ORLEANS     SECTION: B (1)

    REF: ALL CASES

## ORAL ARGUMENT

Courtroom Deputy: Dena White
Court Reporter: Cathy Pepper

APPEARANCES: Dawn Wheelahan, Counsel for Hignell Plaintiffs
Edward Washington, III, Counsel for Marquardt Plaintiff
Mark Macnamara, Counsel for Defendant

**Motion for Summary Judgment (170)**
**Motion for Summary Judgment (172)**
**Motion to Amend/Correct Order on Motion for TRO (207)**
**Preliminary Injunction (from consolidated case 23-5000)**

Case called at 8:59 a.m.
All present and ready.
Court discussed status of case.
Argument by counsel for the parties.
Temporary Restraining Order issued on 8/31/2023, R. Doc. 202, remains in effect and, alternatively, as grounds for preliminary injunction, until Court makes rulings on pending motions.
Marquardt parties to file Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than October 20, 2023.
Hignell parties to supplement Cross-Motions for Summary Judgment no later than October 20, 2023.
Oral Argument set for November 2, 2023, at 9:00 a.m.
See Order.
Court adjourned at 10:19 a.m.