**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**MELISSA HIGNELL, ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 19-13773**

**CITY OF NEW ORLEANS**                                  **SECTION "B"(1)**

## ORDER

     **IT IS ORDERED** that oral argument is scheduled for **Wednesday, December 20, 2023**

at **9:00 a.m.** before the undersigned.  Counsel should be prepared to discuss all remaining claims.

    New Orleans, Louisiana this 4th day of December, 2023

                                 _____

                SENIOR UNITED STATES DISTRICT JUDGE