Attorney Fees of Edward R. Washington, III

*Hignell v. City of New Orleans*, 22-2991, 23-5000,
Civil Action 19-13773 (E.D. La. Feb 27, 2024)

| Date | Description | Time | Rate ($450/hr) | Amount |
|---|---|---|---|---|
| 08-16-2023 | Enter into fee agreement with client, client interview, discuss litigation, | 0.25 | 450 | $ 112.50 |
| 08-16-2023 | Review email of City Councilmember JP Morrel comments re: STR violations | 0.17 | 450 | $  76.50 |
| 08-16-2023 | Review Wheelahan STR lawsuit docket | 0.50 | 450 | $ 225.00 |
| 08-16-2023 | Review Wheelahan 2019 docket on Pacer, download and read/review relevant pleadings | 2.00 | 450 | $ 900.00 |
| 08-18-2023 | Research City webpages re: STR administration, announcements, rules, building requirements, calendar, list of applicants, Handbooks | 1.00 | 450 | $ 450.00 |
| 08-19-2023 | Research STR Interim Zoning Districts history of legislation and regulation | 0.50 | 450 | $ 225.00 |
| 08-19-2023 | Research and review client's One Stop Shop STR permit history | 0.50 | 450 | $ 225.00 |
| 08-19-2023 | Research state caselaw re: constitutionality of nonconforming uses | 1.00 | 450 | $ 450.00 |
| 08-20-2023 | Research state caselaw, re: "Privilege versus Right" in a permit | 2.00 | 450 | $ 900.00 |
| 08-20-2023 | Receive and review text from client of screen shot of current permit start date | 0.17 | 450 | $  76.50 |
| 08-24-2023 | Draft and send Public Records request to City for unsuccessful lottery participants | 0.25 | 450 | $ 112.50 |
| 08-25-2023 | Draft Complaint, Memorandum, TRO, Proposed Order, and related pleadings | 2.00 | 450 | $ 900.00 |
| 08-26-2023 | Draft Complaint, Memorandum, TRO, Proposed Order, and related pleadings | 2.00 | 450 | $ 900.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08-27-2023 | Transmit draft pleadings to client for review | 0.17 | 450 | $ 76.50 |
| 08-27-2023 | Review corrections to Draft pleadings and make revisions | 0.50 | 450 | $ 225.00 |
| 08-28-2023 | Transmit affidavit to client for review | 0.17 | 450 | $ 76.50 |
| 08-28-2023 | Review City email "Round 1 Lottery Emails Are Still Going Out" | 0.17 | 450 | $ 76.50 |
| 08-28-2023 | Text client re: info needed for Affidavit | 0.25 | 450 | $ 76.50 |
| 08-28-2023 | Review email re: Lottery losers and future bookings | 0.17 | 450 | $ 76.50 |
| 08-28-2023 | Review text from client re: City response to future bookings question | 0.17 | 450 | $ 76.50 |
| 08-28-2023 | Revise final draft of affidavit | 0.25 | 450 | $ 76.50 |
| 08-28-2023 | Phone call w/client Re: Lottery losers and future bookings & Affidavit | 0.17 | 450 | $ 76.50 |
| 08-28-2023 | Email revised affidavit to client | 0.17 | 450 | $ 76.50 |
| 08-29-2023 | Text from client, re: permit cost and reply | 0.17 | 450 | $ 76.50 |
| 08-29-2023 | Text re: status of City refund pro-rated permit costs | 0.17 | 450 | $ 76.50 |
| 08-29-2023 | Text of screenshot of City permit cost records | 0.17 | 450 | $ 76.50 |
| 08-29-2023 | Meeting with client to notarize affidavit | 0.50 | 450 | $ 225.00 |
| 08-30-2023 | Final Review and revisions to Complaint &TRO | 3.00 | 450 | $1,350.00 |
| 08-30-2023 | Review Materials on how to use the ECF; how to file a new case | 1.00 | 450 | $ 450.00 |
| 08-30-2023 | File Complaint and Request for TRO | 0.25 | 450 | $ 112.50 |
| 08-30-2023 | Edit TRO service certificate, obtain City email addresses | 0.25 | 450 | $ 112.50 |
| 08-30-2023 | Review email from Clerk's Office, re: Deficient Filing | 0.17 | 450 | $ 76.50 |
| 08-30-2023 | Make corrected filing of pleadings | 0.25 | 450 | $ 112.50 |
| 08-30-2023 | Email Complaint, TRO to City and client | 0.17 | 450 | $ 76.50 |
| 08-30-2023 | Review text of Facebook post re: TRO status in Wheelahan case | 0.17 | 450 | $ 76.50 |
| 08-31-2023 | Call Clerks office re: providing summons and instructions filing summons for TRO | 0.17 | 450 | $ 76.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08-31-2023 | Serve via hand delivery Complaint, TRO on City | 1.00 | 450 | $ 450.00 |
| 08-31-2023 | Receive email from Clerk's Office of Summons issued to CNO | 0.17 | 450 | $ 76.50 |
| 08-31-2023 | Phone call w/client Status issuance of TRO | 0.33 | 450 | $ 148.50 |
| 08-31-2023 | File executed Affidavit | 0.17 | 450 | $ 76.50 |
| 08-31-2023 | File Correction of Docket Entry | 0.17 | 450 | $ 76.50 |
| 08-31-2023 | File Summons Return of Executed | 0.17 | 450 | $ 76.50 |
| 08-31-2023 | File Certificate of Service | 0.17 | 450 | $ 76.50 |
| 09-01-2023 | Review Order, Denial of TRO | 0.25 | 450 | $ 112.50 |
| 09-01-2023 | Review Notice of Deficient Filing, re: page 2 of summons missing | 0.17 | 450 | $ 76.50 |
| 09-01-2023 | Review text regarding emails between client and City re: compliance with ordinances | 0.17 | 450 | $ 76.50 |
| 09-01-2023 | Review text from client Re: Councilmember Helena Morena comments about STR litigation | 0.17 | 450 | $ 76.50 |
| 09-01-2023 | Review text from client re: City's notice, compliance with Lemelle's TRO | 0.25 | 450 | $ 112.50 |
| 09-01-2023 | Phone call w/client, re: Lemelle's TRO | 0.50 | 450 | $ 225.00 |
| 09-01-2023 | Review/read Councilmember's JP Morrell comments re: STRs | 0.17 | 450 | $ 76.50 |
| 09-01-2023 | Research Irreparable Harm identified by Milazo Order as lacking | 2.00 | 450 | $ 900.00 |
| 09-02-2023 | More research on Irreparable Harm | 2.00 | 450 | $ 900.00 |
| 09-02-2023 | Draft Memo in Support of Preliminary Injunction with heavy supplementation of irreparable harm argument | 2.00 | 450 | $ 900.00 |
| 09-02-2023 | Review text from client re: STR owners' reactions | 0.17 | 450 | $ 76.50 |
| 09-03-2023 | Draft Memo in support Preliminary Injunction/ irreparable harm | 2.00 | 450 | $ 900.00 |
| 09-04-2023 | Research Irreparable Harm | 2.00 | 450 | $ 900.00 |
| 09-05-2023 | Review text of article re: New York City new STR laws | 0.25 | 450 | $ 112.50 |
| 09-05-2023 | Review report "Councilmembers Moreno and Morrel threaten STR ban" | 0.17 | 450 | $ 76.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09-05-2023 | Draft Memo in support Preliminary Injunction/irreparable harm | 2.00 | 450 | $ 900.00 |
| 09-06-2023 | Make corrected filing of Summons, with page 2 | 0.17 | 450 | $ 76.50 |
| 09-06-2023 | Revise citation form, Memorandum in Support Preliminary Injunction/ irreparable harm | 2.00 | 450 | $ 900.00 |
| 09-06-2023 | Revise Memorandum in Support Preliminary Injunction as per client's comments | 0.50 | 450 | $ 225.00 |
| 09-07-2023 | Review Clerk's confirmation of correction of filing, summons | 0.17 | 450 | $ 76.50 |
| 09-07-2023 | Revise, proof Memo in support Preliminary Injunction/ irreparable harm | 2.00 | 450 | $ 900.00 |
| 09-07-2023 | File Memorandum in Support of Preliminary Injunction / irreparable harm | 0.25 | 450 | $ 112.50 |
| 09-08-2023 | Discuss notice/service to City and lack of response with law clerk | 0.25 | 450 | $ 112.50 |
| 09-08-2023 | Discuss Status / lack of City's response with client | 0.25 | 450 | $ 112.50 |
| 09-11-2023 | Review Order Transferring Case from Milazo to Lemelle | 0.17 | 450 | $ 76.50 |
| 09-12-2023 | Review Order of Consolidation | 0.17 | 450 | $ 76.50 |
| 09-12-2023 | Review second Order of Consolidation | 0.17 | 450 | $ 76.50 |
| 09-12-2023 | Phone call w/ client Re: Two orders of Consolidation | 0.25 | 450 | $ 112.50 |
| 09-12-2023 | Review Order resetting Preliminary Injunction hearing | 0.17 | 450 | $ 76.50 |
| 09-12-2023 | Review 2023 Hignell pleadings and docket on Pacer | 1.00 | 450 | $ 450.00 |
| 09-12-2023 | Three phone calls w/ client Re: Order resetting Preliminary Injunction | 0.50 | 450 | $ 225.00 |
| 09-12-2023 | Email orders consolidating case and rescheduling Preliminary Injunction hearing, to client | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Draft Proposed Order of Preliminary Injunction | 1.00 | 450 | $ 450.00 |
| 09-13-2023 | File Proposed Order of Preliminary Injunction | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Review Klebe docket on Pacer (one of the consolidated cases) | 0.50 | 450 | $ 225.00 |

| | | | | |
|---|---|---|---|---|
| 09-13-2023 | Review City's Expedited Motion to Continue and Proposed Order | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Email Wheelahan re: Hignell 5th Circuit case | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Review Hignell 5th Cir opinion | 0.50 | 450 | $ 225.00 |
| 09-13-2023 | Phone call to Wheelahan re: Hignell 5th Circuit case | 0.25 | 450 | $ 112.50 |
| 09-13-2023 | Review email from client re: VRBO communication concerning STR ban | 0.25 | 450 | $ 112.50 |
| 09-13-2023 | Phone call w/client re: Wheelahan conversation | 0.25 | 450 | $ 112.50 |
| 09-13-2023 | Review Wheelahan Opposition to City's Mot Contin and her Opposition to Marquardt's request for Preliminary Injunction | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Phone call w/client re: Wheelahan Opposition to Marquardt's request for Preliminary Injunction | 0.25 | 450 | $ 112.50 |
| 09-13-2023 | Review Clerk's, Notice Deficient Filing of City's Expedited Motion to Continue | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Review City's Corrected Expedited Motion to Continue and Proposed Order | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Review City's Motion for Expedited Hearing & Proposed Order | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Review Order Continuing and re-scheduling hearings, and setting briefing deadlines | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Review second Order Continuing and re-scheduling hearings | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Phone call with City re: Marquardt's no opposition to Motion to Continue | 0.17 | 450 | $ 76.50 |
| 09-13-2023 | Phone call w/City re: Wheelahan's filing - Opposition to Continue and her Opposition to Marquardt Preliminary Injunction | 0.25 | 450 | $ 112.50 |
| 09-13-2023 | Phone call w/client re: Order Continuing and rescheduling hearings | 0.25 | 450 | $ 112.50 |
| 09-13-2023 | Review email from client re: VRBO communication concerning City's threatened STR Ban | 0.17 | 450 | $ 76.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09-15-2023 | Review email from Client re: City Councilmember Moreno's STR FACT sheet | 0.17 | 450 | $ 76.50 |
| 09-19-2023 | Review City's Opposition to Preliminary Injunction | 0.50 | 450 | $ 225.00 |
| 09-19-2023 | Review email from client re: Sept 21, 2023 City Council Agenda (#37) ban on STRs | 0.17 | 450 | $ 76.50 |
| 09-19-2023 | Email City's Opposition to Preliminary Injunction to client | 0.17 | 450 | $ 76.50 |
| 09-21-2023 | Review City's Answer | 0.25 | 450 | $ 112.50 |
| 09-25-2023 | Email client new scheduling order and hearing date | 0.17 | 450 | $ 76.50 |
| 09-26-2023 | Prepare for hearing on Preliminary Injunction, and draft outline of Oral Argument, notes, review parties pleadings for tomorrows hearing | 1.00 | 450 | 450 |
| 09-27-2023 | Hearing in court on Preliminary Injunction | 3.00 | 450 | $1,350.00 |
| 09-27-2023 | Email client re: Info regarding Airbnb listing questions by judge today in court | 0.17 | 450 | $ 76.50 |
| 09-27-2023 | Review Order/Minute Entry regarding Hearing | 0.17 | 450 | $ 76.50 |
| 09-27-2023 | Review Order, Ordering MSJs for 11/02 hearing | 0.17 | 450 | $ 76.50 |
| 09-27-2023 | Transmit order to client, Preliminary Injunction issued, and scheduling order & hearing date of MSJ | 0.17 | 450 | $ 76.50 |
| 09-27-2023 | Review Email from Clerk, Transcript Redaction Notice | 0.17 | 450 | $ 76.50 |
| 09-27-2023 | (2) Phone calls w/client | 0.67 | 450 | $ 301.50 |
| 10-01-2023 | Draft Contested Issues of Fact | 1.00 | 450 | $ 450.00 |
| 10-02-2023 | Review email from client re: reply to request for info of city interference with STR operations | 0.50 | 450 | $ 225.00 |
| 10-02-2023 | Review email from client re: City releases funding for STR studies | 0.17 | 450 | $ 76.50 |
| 10-05-2023 | Review email from client re: Housing NOLA 2023 Report | 0.17 | 450 | $ 76.50 |
| 10-11-2023 | Draft Motion for MSJ | 2.00 | 450 | $ 900.00 |
| 10-12-2023 | Draft Memorandum in Support of MSJ | 2.00 | 450 | $ 900.00 |
| 10-13-2023 | Continue Drafting Memorandum in Support of MSJ | 2.00 | 450 | $ 900.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10-14-2023 | Continue Drafting Memorandum in Support of MSJ | 2.00 | 450 | $ 900.00 |
| 10-15-2023 | Choose, assemble, format, label exhibits for MSJ | 1.00 | 450 | $ 450.00 |
| 10-19-2023 | Proof and draft final version of MSJ | 2.00 | 450 | $ 900.00 |
| 10-20-2023 | Email client draft of MSJ for review | 0.17 | 450 | $ 76.50 |
| 10-20-2023 | Revise MSJ per client's comments | 0.50 | 450 | $ 225.00 |
| 10-20-2023 | Email client revised MSJ | 0.17 | 450 | $ 76.50 |
| 10-20-2023 | File MSJ and associated pleadings | 0.25 | 450 | $ 112.50 |
| 10-20-2023 | Review Hignell/Wheelahan, Supplemental Memorandum in Support of MSJ | 0.50 | 450 | $ 225.00 |
| 10-20-2023 | Review City/Macnamara, Memorandum in Support of MSJ | 0.50 | 450 | $ 225.00 |
| 10-23-2023 | Draft Notice of Submission | 0.50 | 450 | $ 225.00 |
| 10-23-2023 | File Notice of Submission | 0.17 | 450 | $ 76.50 |
| 10-26-2023 | Review Order Resetting Oral Argument to 11/08/2023 | 0.17 | 450 | $ 76.50 |
| 10-21-2023 | Draft Reply Memorandum to CNO's MSJ | 2.00 | 450 | $ 900.00 |
| 10-22-2023 | Draft Reply Memorandum to CNO's MSJ | 2.00 | 450 | $ 900.00 |
| 10-23-2023 | Email Reply Memorandum to CNO's MSJ to client for comment | 0.17 | 450 | $ 76.50 |
| 10-23-2023 | Review client email of comments on Reply Memorandum to City's MSJ | 0.17 | 450 | $ 76.50 |
| 10-24-2023 | Revise Reply Memorandum to CNO's MSJ | 0.25 | 450 | $ 112.50 |
| 10-26-2023 | Phone call w/client discussing Reply to City's MSJ | 0.50 | 450 | $ 225.00 |
| 10-30-2023 | File Reply Memorandum to CNO's MSJ | 0.17 | 450 | $ 76.50 |
| 10-31-2023 | Review Notice of Deficient Filing, Review Clerks email re: error in filing | 0.17 | 450 | $ 76.50 |
| 10-31-2023 | Review Macnamara / City's Supplemental Memorandum in Opposition to Marquardt's MSJ | 0.50 | 450 | $ 225.00 |
| 11-01-2023 | Re-file Corrected Opposition to CNO's MSJ and associated pleadings | 0.17 | 450 | $ 76.50 |
| 11-02-2023 | Review Wheelahan's Motion for Leave to File Response to City's Memorandum | 0.17 | 450 | $ 76.50 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 11-02-2023 | Review Wheelahan's Leave to file Surreply | 0.17 | 450 | $ 76.50 |
| 11-07-2023 | Review Order granting Wheelahan Leave to file Surreply, review | 0.17 | 450 | $ 76.50 |
| 11-07-2023 | Review email of Hignell/ Wheelahan, Sur-Reply | 0.25 | 450 | $ 112.50 |
| 11-07-2023 | Review (2) emails w/client, re: tomorrows hearing | 0.17 | 450 | $ 76.50 |
| 11-07-2023 | Prepare for hearing, and draft outline of Oral Argument, notes, review parties pleadings for tomorrows hearing | 1.00 | 450 | $ 450.00 |
| 11-08-2023 | Oral Argument | 3.00 | 450 | $1,350.00 |
| 11-08-2023 | Research (civil) Ex Post Facto | 1.00 | 450 | $ 450.00 |
| 11-08-2023 | Review Minute Entry from Nov. 8 hearing | 0.17 | 450 | $ 76.50 |
| 11-09-2023 | Review Nola.com STR article | 0.17 | 450 | $ 76.50 |
| 11-09-2023 | Text and phone calls w/client, re: questions about yesterday's court hearing | 0.25 | 450 | $ 112.50 |
| 11-10-2023 | Research civil Ex Post Facto / Retroactive statutory requirements | 1.00 | 450 | $ 450.00 |
| 11-13-2023 | Research Retroactive statutory requirements | 1.00 | 450 | $ 450.00 |
| 11-19-2023 | Draft Post-Hearing Memorandum | 2.00 | 450 | $ 900.00 |
| 11-21-2023 | Draft Post-Hearing Memorandum | 1.00 | 450 | $ 450.00 |
| 11-22-2023 | Text w/client re: status of City's response | 0.17 | 450 | $ 76.50 |
| 11-28-2023 | Text w/client re: wired.com STR article | 0.25 | 450 | $ 112.50 |
| 11-29-2023 | Proof Post-Hearing Memorandum and send to client for review | 1.00 | 450 | $ 450.00 |
| 11-30-2023 | Phone Call w/client, re: Post-Hearing Memorandum, status of case | 0.75 | 450 | $ 337.50 |
| 12-11-2023 | Revise Post-Hearing Memorandum, Draft Damages section | 1.00 | 450 | $ 450.00 |
| 12-12-2023 | Draft Client's Affidavit, Create Exhibits | 1.00 | 450 | $ 450.00 |
| 12-13-2023 | Finalize affidavit, meet with client to notarize affidavit | 1.00 | 450 | $ 450.00 |
| 12-13-2023 | File Post-Hearing Memorandum, Affidavit and exhibits | 1.00 | 450 | $ 450.00 |
| 12-13-2023 | Review Hignell's Post-Hearing Memorandum | 0.25 | 450 | $ 112.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12-13-2023 | Review City's Post-Hearing Memorandum | 0.25 | 450 | $ 112.50 |
| 12-19-2023 | Prepare for hearing, and draft outline of Oral Argument, notes, review parties pleadings for tomorrows hearing | 1.00 | 450 | $ 450.00 |
| 12-20-2023 | Oral Argument | 1.50 | 450 | $ 675.00 |
| 12-20-2023 | Discussion / recap w/client after hearing | 0.50 | 450 | $ 225.00 |
| 01-29-2024 | Review Email from client of *Hawaii Legal* federal case, news articles, Preliminary Injunction, and Summary Judgment decisions | 1.00 | 450 | $ 450.00 |
| 01-30-2024 | Phone Call, Inform Court of and Intent to file Supplemental Memorandum in Support of Summary Judgment based on *Hawaii Legal* judgements | 0.17 | 450 | $ 76.50 |
| 01-30-2024 | Research procedure and Search for Pleadings for filing Supplemental Memorandum in Support of MSJ | 0.50 | 450 | $ 225.00 |
| 01-30-2024 | Review *Hignell* Appeal Court Decision, Louisiana Nonconforming Use, Original Complaint, compare with *Hawaii Legal* case | 1.00 | 450 | $ 450.00 |
| 01-30-2024 | Phone Call, discuss Intent to File Supplemental Memorandum in Support of MSJ with Client | 0.25 | 450 | $ 112.50 |
| 01-31-2024 | Draft Supplemental Memorandum in Support of MSJ | 2.00 | 450 | $ 900.00 |
| 02-01-2024 | Draft Supplemental Memorandum in Support of MSJ | 3.00 | 450 | $1,350.00 |
| 02-01-2024 | Finalize and File Supplemental Memorandum in Support of MSJ | 4.00 | 450 | $1,800.00 |
| 02-28-2024 | Reviewed and studied the Court's Order and Reasons for Summary Judgment | 1.00 | 450 | $ 450.00 |
| 02-28-2024 | Discussed Judgment with client | 0.50 | 450 | $ 225.00 |
|  | Discussed judgment with counsel for Hignell | 0.17 | 450 | $ 76.50 |
|  | Research "continuing" nonconforming use issue | 1.00 | 450 | $ 450.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Reviewed 12/2022 nola.com news article regarding City's issuance of nonconforming | 0.25 | 450 | $ 112.50 |
| 02-29-2024 | Discussed City's 12/2022 Nonconforming use Department and Safety and Permits Memorandum with client instructing her to search for same and send | 0.25 | 450 | $ 112.50 |
| 02-29-2024 | Researched procedure for motions to alter and amend, reconsideration, stay order, certification of judgment for appeal, appeal procedure | 2.00 | 450 | $ 900.00 |
| 02-29-2024 | Reviewed Department and Safety and Permits' pathway to nonconforming use memorandum and discuss with client | 0.17 | 450 | $ 76.50 |
| 03-01-2024 | Draft motions to alter and amend, reconsideration, stay order, certification of judgment for appeal, appeal procedure | 2.00 | 450 | $ 900.00 |
| 03-02-2024 | Draft Memorandum in Support of motions to alter and amend, reconsideration, stay order, certification of judgment for appeal, appeal procedure | 4.00 | 450 | $1,800.00 |
| 03-02-2024 | Assemble and label Exhibits | 1.00 | 450 | $ 450.00 |
| 03-02-2024 | Finalized motions to alter and amend, reconsideration, stay order, certification of judgment for appeal, appeal procedure | 1.00 | 450 | $ 450.00 |
| 03-02-2024 | Finalized Memorandum in Support of motions to alter and amend, reconsideration, stay order, certification of judgment for appeal, appeal procedure | 2.00 | 450 | $ 900.00 |
| 03-02-2024 | Draft and finalized Notice of Submission and Motion for Expedited hearing | 1.00 | 450 | $ 450.00 |
| 03-02-2024 | File motions, memorandum, exhibits, and notice | 0.25 | 450 | $ 112.50 |
| 03-05-2024 | Phone call with client discussing City and Airbnb actions | 0.17 | 450 | $ 76.50 |
| 03-06-2024 | Research Motion for TRO | 0.25 | 450 | $ 112.50 |
| 03-06-2024 | Research Rule for Contempt | 0.50 | 450 | $ 225.00 |

| | | | | |
|---|---|---|---|---|
| 03-06-2024 | Phone call with client regarding her response to possible direct instructions to cease or direct enforcement action against her | 0.25 | 450 | $ 112.50 |
| 03-09-2024 | Review Fastcase version of Order containing 24 footnotes | 0.50 | 450 | $ 225.00 |
| 03-09-2024 | Email Wheelahan informing her of version of Order with 24 footnotes | 0.17 | 450 | $ 76.50 |
| 03-10-2024 | Research and download examples of Motion for Attorney fees pleadings and review | 2.00 | 450 | $ 900.00 |
| 03-11-2024 | Draft Motion for Attorney Fees | 0.50 | 450 | $ 225.00 |
| 03-11-2024 | Draft Memorandum in Support of Motion for Attorney Fees | 1.50 | 450 | $ 675.00 |
| 03-12-2024 | Draft Affidavit | 1.00 | 450 | $ 450.00 |
| 03-12-2024 | Draft Notice of Submission | 0.25 | 450 | $ 112.50 |
| 03-13-2024 | Redact Attorney fees invoice and finalize | 2.00 | 450 | $ 900.00 |
| 03-13-2024 | File Motion for Attorney Fees and supporting pleadings and/or exhibits | 0.25 | 450 | $ 112.50 |
| | **Total** | **138.84** | | **$62,406.00** |