UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELISSA HIGNELL, ET AL.**                                     CIVIL ACTION

**VERSUS**                                                      NO. 19-13773
                                                                C/W: 22-2991; 23-5000
                                                                RELATED TO: ALL

**CITY OF NEW ORLEANS**                                         SECTION "B"(1)

## ORDER

Before the Court are the following motions:

A.  "Motion for Expedited Hearing" **(R. Doc. 252)** filed by plaintiffs, Samantha Hignell-Stark; Garett Majoue; Russell Frank; Samantha McRaney; Bob McRaney; Jimmie Taylor; Kurt Klebe; Zachary Bennett; White Spider Rental Concierge LLC; and Summit NOLA III, LLC (collectively, "Hignell Plaintiffs"). Hignell Plaintiffs' instant motion asks the Court to expedite consideration of their "Motion to Certify the Court's February 28, 2024 Order (Rec. Doc. 251) for Appeal Under 28 U.S.C. 1292(b) and Motion to Stay Pending Appeal and Continue Preliminary Injunction in Effect" (R. Doc. 253),[1] which is set for submission on March 27, 2024.

B.  "Motion for Expedited Hearing" **(R. Doc. 255)** filed by plaintiff, Tina Marquardt ("Marquardt"), wherein Marquardt asks the Court to expedite consideration of her "Motion to Alter or Amend Judgment, Reconsider, or Alternatively to Certify this Court's February 28th, 2024 Order and Motion to Stay Proceedings and Motion to

---

[1] Hignell Plaintiffs also filed a second "Motion to Certify the Court's February 28, 2024 Order (Rec. Doc. 251) for Appeal Under 28 U.S.C. 1292(b) and Motion to Stay Pending Appeal and Continue Preliminary Injunction in Effect" at R. Doc. 256, which is duplicative of R. Doc. 253. *Compare* R. Doc. 253, *with* R. Doc. 256.

Continue Preliminary Injunction in Effect" (R. Doc. 257), which is set for submission on March 27, 2024.

Considering the foregoing,

**IT IS HEREBY ORDERED** that Hignell Plaintiffs' Motion for Expedited Hearing (R. Doc. 252) is **DENIED**.  Accordingly, Hignell Plaintiffs' underlying "Motion to Certify the Court's February 28, 2024 Order (Rec. Doc. 251) for Appeal Under 28 U.S.C. 1292(b) and Motion to Stay Pending Appeal and Continue Preliminary Injunction in Effect" (R. Doc. 253)[2] shall proceed on the noticed **March 27, 2024** date at **9:00 a.m.** with oral argument before the undersigned.  Hignell Plaintiffs failed to show good cause for an earlier disposition, especially on conclusory assertions.  Further, monetary relief is a potential option if the noted February decision is reversed on appeal.

**IT IS FURTHER ORDERED** that Marquardt's Motion for Expedited Hearing (R. Doc. 255) is **DENIED**.  Marquardt's underlying "Motion to Alter or Amend Judgment, Reconsider, or Alternatively to Certify this Court's February 28th, 2024 Order and Motion to Stay Proceedings and Motion to Continue Preliminary Injunction in Effect" (R. Doc. 257) shall proceed on the noticed **March 27, 2024** date at **9:00 a.m.** with oral argument before the undersigned.  That date suffices to timely consider issues raised by movants, especially because the option for monetary relief is a potential option if the noted February decision is reconsidered here or reversed on appeal.

New Orleans, Louisiana this 20th day of March, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[2]   *See supra* n. 1.