UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA HIGNELL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13773**<br>**C/W: 22-2991; 23-5000**<br>**RELATED TO: 23-5000** |
| **CITY OF NEW ORLEANS** | **SECTION "B"(1)** |

## ORDER

**IT IS HEREBY ORDERED** that the City of New Orleans (the "City") shall file its response to plaintiff Marquart's recently filed supplemental motion for fees, R. Doc. 299, **no later than 12 noon on Tuesday, July 30, 2024.** Plaintiff shall orally reply to the City's response, if any, during the July 31, 2024 hearing.

New Orleans, Louisiana this 26th day of July, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE