UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELISSA HIGNELL, ET AL.**  CIVIL ACTION

**VERSUS**  NO. 19-13773
C/W: 22-2991; 23-5000
RELATED TO: 23-5000

**CITY OF NEW ORLEANS**  SECTION "B"(1)

## ORDER

On the eve of a July 31st hearing on plaintiff Marquart's motions for attorney fees, her attorney filed on July 29th at 2:07 PM a "Motion for Leave to File Supplemental Memorandum in Support of First Supplemental Motion for Attorney Fees" ("Motion for Leave"). See R. Doc. 301.

Marquardt's original "Motion for Attorney's Fees" was filed on March 13, 2024 with a notice of submission on April 8, 2024. See R. Doc. 258. Thereafter, the submission date was continued to a June submission date and again to July 31, 2024, for evidentiary hearing at parties' request. See R. Docs. 273 and 284.

On July 25, 2024, Marquardt filed a "First Supplemental Motion for Attorney's Fees" ("First Supplemental Motion") (R. Doc. 299), supplementing her original motion for attorney fees (R. Doc. 258). In preparation for the July 31, 2024, hearing, the Court directed defendant the City of New Orleans (the "City") to file a response to Marquardt's first supplemental motion no later than noon on July 30, 2024. See R. Doc. 300. The City timely filed its response. See R. Doc. 303.

However, before the City filed its response, Marquardt filed the instant motion for leave to file a "Supplemental Memorandum in Support of First Supplemental Motion for Attorney Fees" (R. Doc. 301-2) <u>and</u> various exhibits (R. Docs. 301-3 through 301-6). See R. Doc. 301.

The City correctly notes in response to Marquardt's first supplemental motion the following:

> On January 29, 2024, less than twenty-four hours before the City's replay [sic] was due, counsel for Marquart filed "Supplemental Memorandum in Support of First Supplemental Motion for Attorney . . . Fees". [R. Doc. 301-2.]  In this memorandum, counsel for Marquardt submits a third figure purporting to be the total number of hours expended. [*Id.*]  Now Marquart claims that it was 57.64 hours expended for a total of $25,938.00.  [*Id.*]  In the same memorandum, counsel now seeks an additional $7,029.00 for purported expenses related to discovery.

R. Doc. 303 at 3.

Considering the foregoing,

**IT IS ORDERED** that Marquardt's instant Motion for Leave (R. Doc. 301) is **GRANTED and the City's response, if any, to the underlying instant supplemental material shall be due no later than August 12th.**  The late filings of two sets of supplemental materials by plaintiff have the cumulative effect of preventing adequate consideration of those materials and related responses.  The latest response from the City indicates that despite court directive to confer in good faith on discovery issues and consideration of amicable resolution, "Marquart has steadfastly refused to engage in informal discovery and settlement discussions." See Id., p. 4.  Accordingly,

**IT IS FURTHER ORDERED** that tomorrow's evidentiary hearing on attorney fees is **CONTINUED**, to be reset to a later date by the court.  **Requests for additional time to file more supplemental material will not be favored.**

New Orleans, Louisiana this 30th day of July, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE