UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA HIGNELL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13773**<br>**C/W: 22-2991; 23-5000**<br>**RELATED TO: ALL** |
| **THE CITY OF NEW ORLEANS** | **SECTION "B"(1)** |

## ORDER

Considering plaintiff Tina Marquardt's motions for attorney's fees (Rec. Docs. 258 and 299),

**IT IS ORDERED** that oral argument on plaintiff's motions for attorney's fees will be held on **Wednesday, October 30, 2024 at 8:30 AM.**

**IT IS FURTHER ORDERED** that **no later than Wednesday, October 9, 2024** parties shall jointly notify the Court whether anyone needs to present testimonial evidence at the forementioned hearing. In the latter event, parties shall jointly meet and confer in order to exchange stipulations and/or lists of witnesses and exhibits reasonably anticipated for use at the evidentiary hearing no later than October 9, 2024.

New Orleans, Louisiana this 2nd day of October, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE