UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA HIGNELL, et. al.,** | / | |
| Petitioners | / | **CIV. ACTION NO. 19-cv-13773** |
| | / | |
| versus | / | |
| | / | **SECTION B (1)** |
| **THE CITY OF NEW ORLEANS** | / | **JUDGE: Ivan L. R. Lemelle** |
| Defendant | / | **MAG: Janis Van Meerveld** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the City of New Orleans, who represents to the Court that Mark D. Macnamara is no longer employed by the New Orleans City Attorney's Office. Accordingly, the City of New Orleans respectfully moves to withdraw **Mark D. Macnamara** (LSBA No. 24532), as counsel of record for the City of New Orleans in matters 19-CV-13773B (1) and substitute **Sherri L. Hutton** (LSBA No. 28369), of the New Orleans City Attorney's Office, as additional counsel of record for the City of New Orleans in his place.

**WHEREFORE**, the City of New Orleans respectfully prays that this Honorable Court grant this Motion and that Mark D. Macnamara be withdrawn as counsel of record in this matter and that Sherri L. Hutton be substituted as additional counsel of record in her place.

Respectfully submitted:

*/s/Sherri L. Hutton*
**SHERRI L. HUTTON (LSBA # 28369)**
ASSISTANT CITY ATTORNEY
Sherri.Hutton@nola.gov
**KEVIN C. HILL, LSBA# 26338**
SR. CHIEF DEPUTY CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB# 31330**

CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET, ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: 9504) 658-9868

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2024, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

          */s/ Sherri L. Hutton*
          **SHERRI L. HUTTON**