UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA HIGNELL, et. al.,** | / | |
| Petitioners | / | **CIV. ACTION NO. 19-cv-13773** |
| | / | |
| versus | / | |
| | / | **SECTION B (1)** |
| **THE CITY OF NEW ORLEANS** | / | **JUDGE:  Ivan L. R. Lemelle** |
| Defendant | / | **MAG:  Janis Van Meerveld** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**CONSIDERING** the motion to withdraw Mark D. Macnamara as counsel of record and to enroll Sherri L. Hutton as additional counsel of record, filed by the City of New Orleans:

**IT IS ORDERED** that the motion is **GRANTED**.  **Mark D. Macnamara** is hereby withdrawn as counsel of record for the City of New Orleans in these proceedings. **Sherri L. Hutton** is hereby substituted as additional counsel of record for the City of New Orleans.

New Orleans, Louisiana, this 9th day of October 2024.

_____
**HON. IVAN L. R. LEMELLE**