UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA HIGNELL ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13773**<br>**C/W: 22-2991; 23-5000**<br>**RELATED TO: ALL** |
| **THE CITY OF NEW ORLEANS** | **SECTION "B"(1)** |

## ORDER

Considering defendant City of New Orleans' motion to withdraw and substitute counsel of record (Rec. Doc. 307),

**IT IS ORDERED** that the motion is **GRANTED,** withdrawing Mark D. Macnamara (La Bar No. 24532) and substituting Sherri L. Hutton (La. Bar No. 28369) of the New Orleans City Attorney's Office, as additional counsel of record for the City of New Orleans in the above-captioned matter.

New Orleans, Louisiana this 10th day of October, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE