# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA HIGNELL ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13773**<br>**C/W: 22-2991; 23-5000**<br>**RELATED TO: ALL** |
| **THE CITY OF NEW ORLEANS** | **SECTION "B"(1)** |

## ORDER

**IT IS ORDERED** that a pre-hearing conference shall be held via Zoom with counsel for plaintiff Tina Marquardt and defendant City of New Orleans on **Tuesday, October 22, 2024 at 2:00 PM.** <u>Zoom invitations will be timely issued.</u>

New Orleans, Louisiana this 16th day of October, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE