JS10(00:31)

**MINUTE ENTRY**
**LEMELLE, J.**
**October 22, 2024**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA HIGNELL ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13773**<br>**C/W: 22-2991; 23-5000**<br>**RELATED TO: 23-5000** |
| **THE CITY OF NEW ORLEANS** | **SECTION "B"(1)** |

## ORDER

On October 22, 2024, the Court held a pre-hearing conference via Zoom with counsel pursuant to this Court's Order. *See* Rec. Doc. 309. The following were in attendance:

Edward Reed Washington, III, counsel for plaintiff Tina Marquardt
Sherri L. Hutton, counsel for defendant
Dena M. White, case manager

Conversation centered on parties' disagreement regarding testimonial evidence to be presented at the October 30, 2024 hearing on plaintiff's motions for attorney's fees (Rec. Docs. 258 and 299). Without objection, other than questions and responses about movant's time sheets, no live testimony will be required from either party relative to attorney's fees. Claims on which plaintiff Marquardt prevailed and matters that reasonably aided that outcome are core issues, among others. Reasonable inquiry into relevant evidence relative to plaintiff's counsel's request for attorney's fees will be permitted at the hearing. Because aspects of this matter remain pending before the Fifth Circuit and due to plaintiff's pending application for a special exemption before the New Orleans City Council, the Court also suggested that parties confer and consider settlement of the underlying case and disputed attorney's fees to prevent the

potential for piecemeal settlement and appeals. Parties also agreed to participate in good faith settlement discussions prior to the hearing in order to achieve full and complete resolution of movant's claims. Otherwise,

IT IS ORDERED that <u>no later than October 29, 2024</u> defendant City of New Orleans shall submit its revised exhibit list to be presented at the hearing on October 30, 2024. **Plaintiff reserves her right to contest defendant's exhibit list at the hearing.**

IT IS FURTHER ORDERED that <u>no later than October 29, 2024</u> **parties are to confer and file into the record joint stipulations relative to movant's billing entries and amounts owed, if any, reserving appellate rights to contest entitlement to fees.**

New Orleans, Louisiana this 22nd day of October, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE