UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELISSA HIGNELL ET AL            CIVIL ACTION

VERSUS            NO. 19-13773
           C/W: 22-2991; 23-5000
           RELATED TO: ALL

CITY OF NEW ORLEANS            SECTION "B"(1)

## ORDER

Considering plaintiff Tina Marquardt's request for oral argument (Rec. Doc. 324) on her motion to enforce judgment, for authority to issue writs of execution and mandamus, and supplemental attorney's fees (Rec. Doc. 323),

**IT IS ORDERED** that the request (Rec. Doc. 324) is **DENIED,** subject to further Court order. At this time, the Court will consider the motion (Rec. Doc. 323) on parties' briefings. If it later appears to the Court that oral argument would be helpful, it will be ordered. The instant motion may also be moot if a timely appeal suspending execution of judgment is filed.

New Orleans, Louisiana this 4th day of February, 2025

SENIOR UNITED STATES DISTRICT JUDGE